

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00696-CV

L. Prasad M. **VEMULAPALLI**, M.D., and Cardiovascular
Associates of San Antonio, P.A.,
Appellants

v.

Charles **MOORE**, Individually and as Representative of
The Estate of Cameron Moore, Deceased
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18998
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying summary judgment is REVERSED and judgment is RENDERED that appellee take nothing.

It is further ORDERED that appellants recover their costs of appeal from appellee.

SIGNED August 19, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice